```
SOUTHERN DISTRICT OF MISSISSIPPI
         F I L E D
       APR 1 6 2013
     J. T. NOBLIN, CLERK
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:13cr40 HTW-LRA

LARRY W. LUSTER   18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

That on or about March 12, 2012, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **LARRY W. LUSTER**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, firearms.

In violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense alleged in this Indictment, the defendant shall forfeit to the United States all property used or involved in or traceable to property involved in the offense, including, but not limited to, all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The Grand Jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this Indictment:

**(1) Iberia Firearms, model JCP40, .40 caliber pistol, serial number 102689; and**

**(2) Browning, model Light 12, 12 gauge shotgun, serial number 83409**

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has

been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Section 924(d)(1), Title 18, United States Code.

/s/ Gregory K. Davis
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 16th day of April, 2013.

United States Magistrate Judge

2